IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Nomelyn I. Cole,** | ) |
|             **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No. 13-CV-2017 JWL/JPO |
| | ) |
| **Quest Diagnostics,** | ) |
|             **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nomelyn I. Cole, Plaintiff Pro Se, and Defendant Quest Diagnostics Incorporated, by and through its counsel, stipulate to the dismissal of this action with prejudice, each party to bear her/its own costs.

Respectfully submitted by,

/s/ Nomelyn I. Cole
Nomelyn I. Cole
11110 Nieman Road, Apt. 302
Overland Park, KS 66210
allprocs2000@hotmail.com

**PLAINTIFF PRO SE**

/s/ Sara B. Anthony
Trina R. Le Riche  KS #18697
Sara B. Anthony    KS #22142
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, Missouri 64111
816.471.1301
816.471.1303 *(Facsimile)*
trina.leriche@ogletreedeakins.com
sara.anthony@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of June, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Mrs. Nomelyn I. Cole
11110 Nieman Road, Apt. 302
Overland Park, KS  66210
allprocs2000@hotmail.com

**PLAINTIFF PRO SE**

/s/ Sara B. Anthony
**ATTORNEY FOR DEFENDANT**

15202331.1

2